FILED
CLERK, U.S. DISTRICT COURT

JAN 22 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_rsm\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIC MENDOZA,<br><br>   Defendant. | ED CR No. 5:25-CR-00014-JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1715: Unlawful Mailing of Firearms] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1715]

On or about January 2, 2024, in Riverside County, within the Central District of California, defendant ERIC MENDOZA knowingly deposited for mailing and delivery, and knowingly caused to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, a nonmailable pistol, namely, a disassembled privately manufactured 9mm pistol, bearing no serial number (commonly referred to as a "ghost gun").

COUNT TWO

[18 U.S.C. § 1715]

On or about January 3, 2024, in Riverside County, within the Central District of California, defendant ERIC MENDOZA knowingly deposited for mailing and delivery, and knowingly caused to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, a nonmailable pistol, namely, a Rock Island Armory 9mm pistol with an obliterated serial number.

COUNT THREE

[18 U.S.C. § 1715]

On or about January 27, 2024, in Riverside County, within the Central District of California, defendant ERIC MENDOZA knowingly deposited for mailing and delivery, and knowingly caused to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, nonmailable pistols, namely, two disassembled 9mm Polymer 80 pistols that lacked serial numbers (commonly referred to as "ghost guns").

A TRUE BILL

/S/
Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances D. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

SARAH E. SPIELBERGER
Assistant United States Attorney
Asset Forfeiture & Recovery Section